IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) OSVALDO ANDINO-MARCANO <br> **2) LEFTY MENDEZ-VALENTINO** <br> Defendants | CRIMINAL 11-0419CCC |

**ORDER**

Having considered the Report and Recommendation filed on March 21, 2012 (**docket entry 42**) on a Rule 11 proceeding of defendant Lefty Méndez-Valentino (2) held before U.S. Magistrate Judge Silvia Carreño-Coll on March 8, 2012, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 8, 2012.  The **sentencing hearing is set for June 6, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on April 11, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge